Matter of Wallace (2025 NY Slip Op 00527)

Matter of Wallace

2025 NY Slip Op 00527

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, DELCONTE, AND KEANE, JJ.

63 CA 24-00542

[*1]IN THE MATTER OF ANN L. WALLACE, AN ALLEGED INCAPACITATED PERSON. SANDRA MILLER, PETITIONER-RESPONDENT, JACQUELYN M. BELL, CPA, AS GUARDIAN FOR ANN L. WALLACE, RESPONDENT-APPELLANT. 

LAW OFFICE OF CARA M. BRIGGS, ROCHESTER (CARA M. BRIGGS OF COUNSEL), FOR RESPONDENT-APPELLANT.
SANDRA MILLER, PETITIONER-RESPONDENT PRO SE. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Karen Bailey Turner, A.J.), entered March 22, 2024. The order and judgment denied the motion of respondent to hold petitioner in contempt. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court